IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOE NATHAN JACKSON, JR.
CHANDRA LYONS JACKSON                                                                    PLAINTIFF

V.                          NO.  2:11-CV-02226

CHARLES WESTCOTT
RACHEL J. SIMS
OFFICER ADDIS CARSON                                                                      DEFENDANT

O R D E R

Before the court is the Plaintiff's Motion for Leave to Proceed informa pauperis (ECF No. 2) filed November 30, 2011 and Motion to Change Venue (ECF No. 5) filed February 22, 2012.

The court entered an Order (ECF No. 3) dated November 30, 2011 GRANTING the Motion to Proceed IFP.

For the reasons stated in the Report and Recommendation (ECF No. 4) entered January 19, 2012 the Motion for Change of Venue is DENIED.

IT IS SO ORDERED this March 19, 2012.

*/s/ J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
Chief United States Magistrate Judge

+