IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOE NATHAN JACKSON, JR. and
CHANDRA LYONS JACKSON                                               PLAINTIFFS

v.                          Case No. 11-2226

CHARLES WESTCOTT, RACHEL J.
SIMS and OFFICER ADDIS CARSON                                       DEFENDANTS

### ORDER

Now on this 30th day of April 2012, there comes on for consideration the report and recommendation filed herein on January 19, 2012, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 4). No objections were filed.[1]

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE on the grounds that the claims are frivolous, fail to state claims on which relief can be granted, or are duplicative of claims asserted in another case. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action may be dismissed on such grounds at any time).

---

[1] The Court is aware that Plaintiffs' copy of the Report and Recommendation was returned as undeliverable. However, there was no forwarding address, and despite an internet search, the Court has not found another address for Plaintiffs. Further, it is Plaintiffs' responsibility to keep the Court apprised of any change in address.

AO72A
(Rev. 8/82)

```
      IT IS SO ORDERED.


                                    /s/  Robert  T.  Dawson
                                    Honorable Robert T. Dawson
                                    United States District Judge
```